MELANIE D. MORGAN, ESQ.
Nevada Bar No. 10711
THERA A. COOPER, ESQ.
Nevada Bar No.13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
Email:  melanie.morgan@akerman.com
             thera.cooper@akerman.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01963-GMN-PAL<br><br>**STIPULATION AND ORDER REGARDING SFR INVESTMENT POOLS 1, LLC'S COST BOND DEMAND** |

Plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 (**Deutsche Bank**)  and SFR Investments Pool 1, LLC's (**SFR**)  hereby stipulate and agree as follows:

1. SFR filed its Demand for Security of Costs Pursuant to NRS 18.130 (the **Cost Bond Demand**) on September 8, 2016, ECF No. 10;

…

1

2. Deutsche Bank filed its Notice of Limited Non-Opposition to SFR's Cost Bond Demand on September 13, 2013, ECF No. 14, indicating it would proffer the cost bond upon entry of a Court order;

3. As of the filing of this stipulation, no Order has issued regarding the Cost Bond Demand; and

4. To facilitate the efficient administration of this matter, Deutsch Bank and SFR now stipulate and agree Deutsche Bank will post a cost bond in the amount of $500 or make a cash deposit of $500 as to defendant SFR within thirty (30) days from this Court's approval of this stipulation.

Dated this 12th day of October, 2016.

**AKERMAN LLP**

*/s/ Thera Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5*

Dated this 12th day of October, 2016.

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr #110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1. LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 18, 2016