LEACH JOHNSON SONG & GRUCHOW
Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:  (702) 538-9074
Facsimile:   (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Sonrisa Homeowners' Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:   2:16-cv-01963-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE TO MOTION TO DISMISS [ECF NO. 8]**<br><br>*(First Request)* |

SFR Investments Pool 1, LLC ("Defendant") and Defendant Sonrisa Homeowners Association ("Association") by and through their respective counsel stipulate and agree as follows:

1. On September 1, 2016, the Association filed a Motion to Dismiss as ECF No. 8.
2. On November 14, 2016, Defendant filed its Limited Opposition to the Association's Motion to Dismiss as ECF No. 25.
3. The Association's Reply is due November 23, 2016.

/ / /

/ / /

**IT HEREBY STIPULATED AND AGREED** that the Association will have a two-week extension to file its Reply.

IT IS FURTHER STIPULATED AND AGREED that the Association's Reply shall be filed on or before **December 7, 2016.**

This is the Parties first request of this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this ____ day of December, 2016.

| KIM GILBERT EBRON | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| */s/ Diana Cline Ebron* | |
| Diana Cline Ebron | Sean L. Anderson |
| Nevada Bar No. 10580 | Nevada Bar No. 7259 |
| Jacqueline A. Gilbert | Ryan D. Hastings |
| Nevada Bar No. 10593 | Nevada Bar No. 12394 |
| Karen L. Hanks | 8945 W. Russell Road, Suite 330 |
| Nevada Bar No. 9578 | Las Vegas, Nevada 89148 |
| 7625 Dean Martin Drive, Suite 110 | *Attorneys for Defendant Sonrisa Homeowners' Association* |
| Las Vegas, NV  89139 | |
| *Attorneys for Defendant SFR Investments Pool 1, LLC* | |

## ORDER

IT IS SO ORDERED this __13__ day of December, 2016.

_____
U.S. DISTRICT COURT JUDGE