DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5,

Plaintiff,

vs.

SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC.,

Defendant.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counter/Cross Claimant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5; and BUENAVENTURA ALCANTARA, an individual; and ROSALINA ALCANTARA, an individual,

Counter-Defendant/Cross-Defendants.

Case No. 2:16-cv-01963-GMN-PAL

**STIPULATION AND ORDER DISMISSING ROSALINA ALCANTARA WITHOUT PREJUDICE**

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Cross-Defendant ROSALINA ALCANTARA ("Alcantara") stipulates and agrees that she no longer has any interest, ownership or otherwise, in the real property commonly known as **1232 La Ballena Trail, Henderson, NV 89074; Parcel No. 178-15-313-024** ("Property"). Alcantara has been informed that the Property was sold on September 27, 2013 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for SONRISA HOMEOWNERS ASSOCIATION ("the Association"). Alcantara further stipulates and agrees that she will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201310070001360 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and Alcantara stipulate and agree that Alcantara shall be dismissed from this action with without prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| Dated this 25 day of Jan, 2017. | Dated this ____ day of ____________, 2016. |
| **KIM GILBERT EBRON** | **ROSALINA ALCANTARA** |
| [signature]<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | ____________________<br>ROSALINA ALCANTARA<br>3660 Boulder Hwy., Trl. 141<br>Las Vegas, Nevada 89121<br>Phone: (702) 349-5471<br>*Cross-Defendant* |

Cross-Defendant ROSALINA ALCANTARA ("Alcantara") stipulates and agrees that she no longer has any interest, ownership or otherwise, in the real property commonly known as 1232 La Ballena Trail, Henderson, NV 89074; Parcel No. 178-15-313-024 ("Property"). Alcantara has been informed that the Property was sold on September 27, 2013 by the foreclosure sale conducted by Nevada Association Services, Inc. ("NAS"), agent for SONRISA HOMEOWNERS ASSOCIATION ("the Association"). Alcantara further stipulates and agrees that she will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201310070001360 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and Alcantara stipulate and agree that Alcantara shall be dismissed from this action, without prejudice, each party to bear its own fees and costs

| | |
|---|---|
| Dated this ____ day of ____________, 2016 | Dated this 21st day of December, 2016 |
| KIM GILBERT EBRON | ROSALINA ALCANTARA |
| ______________________ | Rosalina Alcantara |
| DIANA CLINE EBRON, ESQ<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>Phone: (702) 485-3300<br>Fax: (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | ROSALINA ALCANTARA<br>3660 Boulder Hwy., Trl. 141<br>Las Vegas, Nevada 89121<br>Phone: (702) 349-5471<br>*Cross-Defendant* |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**ORDER**

**Upon stipulation of the parties, it is HEREBY ORDERED that Cross-Defendant Rosalina Alcantara shall be dismissed from this action without prejudice, each party to bear its own fees and costs.**

**DATED this 15 day of February, 2017.**

______________________________
**Gloria M. Navarro, Chief Judge**
**United States District Judge**

Respectfully submitted:

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301