MELANIE D. MORGAN, ESQ.
Nevada Bar No. 10711
THERA A. COOPER, ESQ.
Nevada Bar No.13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
Email:  melanie.morgan@akerman.com
          thera.cooper@akerman.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5, <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-01963-GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** <br><br> **[FIRST REQUEST]** |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

        Pursuant to LR-IA 6-1, Plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 (**Deutsche Bank**),  SFR Investments Pool 1, LLC's (**SFR**), and Sonrisa Homeowners Association (**Sonrisa**) (collectively the **Parties**)  hereby stipulate and agree  to extend the March 30, 2017 dispositive motion deadline as follows:

        1.       The Discovery Plan and Scheduling Order [ECF 20] set the dispositive motion deadline for March 30, 2017;

2.      At or about 7:00 P.M. on March 30, 2017 the Parties learned they were each unable to file their respective dispositive motion because no Party could  access the CM/ECF system;

3.      The Parties agree to extend the dispositive motion deadline to March 31, 2017, or, the next court day when the CM/ECF system is functional;

4.      Pursuant to LR IC 3-1(c) "[a] filer whose filing is made untimely because of a technical failure may seek appropriate relief from the court." Here the  Parties made a good faith effort to comply with the filing deadline but were unable to due to technical failures; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5.      This stipulation is being submitted after the deadline because the Parties were unable to access the CM/ECF system prior to the expiration of the dispositive motion deadline.

Dated this 31st day of March, 2017

**AKERMAN LLP**

/s/ Thera A. Cooper
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5*

Dated this 31st day of March, 2017

**LEACH JOHNSON SONG & GRUCHOW**

/s/Ryan D. Hastings
SEAN L ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Sonrisa Homeowners Association*

Dated this 31st day of March, 2017

**KIM GILBERT EBRON**

/s/ Jacqueline A. Gilbert
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr #110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1. LLC*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 3, 2017

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3