**LEACH JOHNSON SONG & GRUCHOW**
Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Sonrisa Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMP ANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEV ADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01963-GMN-PAL<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Defendant Sonrisa Homeowners' Association (the "Association"), and Plaintiff Deutsche Bank (the "Bank") (collectively, the "Parties") by and through their respective counsel hereby stipulate and agree as follows:

1. On July 5, 2018, the Bank filed a Renewed Motion for Summary Judgment [ECF No. 80].

2. On July 6, 2018, the Association filed its Renewed Motion for Summary Judgment [ECF No. 81].

3. The Association's Response to the Bank's Renewed Motion for Summary Judgment is due by July 26, 2018.

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

4. Counsel for the Association will be out of town from July 23, 2018 through July 27, 2018, and requests an extension for filing a Response.

THE PARTIES STIPULATE AND AGREE that the Association shall have up to and including August 9, 2018 to file its Response to the Bank's Renewed Motion for Summary Judgment.

This is the Parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 23rd day of July, 2018.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*

Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
8945 W. Russell Road, #330
Las Vegas, Nevada 89148
*Attorneys for Defendant Sonrisa Homeowners' Association*

**AKERMAN LLP**

*/s/ Thera A. Cooper*

Melanie D. Morgan
Nevada Bar No. 8215
Thera A. Cooper
Nevada Bar No. 13468
1635 Village Center Circle, #200
Las Vegas, NV 89134
*Attorneys for Deutsche Bank*

**IT IS SO ORDERED,** this __4__ day of August, 2018.

_____
**Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT**