MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5, <br><br> Plaintiff, <br><br> vs. <br><br> SONRISA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.:  2:16-cv-01963-GMN-PAL <br><br> **ORDER TO RELEASE BOND** |

1

56749991;1

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, |
| 2 | |
| 3 | Counter/ Cross Claimant, |
| 4 | vs. |
| 5 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5; and BUENAVENTURA ALCANTARA, an individual; and ROSALINA ALCANTARA, an individual |
| 10 | Counter/Cross Defendants. |

Defendant SFR Investments Pool 1, LLC demanded plaintiff Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 (**Deutsche Bank**) post a cost bond pursuant to NRS 18.130(1) [ECF No. 10]. This court thereafter ordered Deutsche Bank to post a $500 bond [ECF No. 18]. A $500 cash deposit was subsequently made by Akerman LLP on behalf of Deutsche Bank [ECF No. 19]. The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

On March 31 2019, the court entered a judgment [ECF No. 97]. Deutsche Bank timely filed a notice of appeal on April 25, 2019 [ECF No. 101].

…

…

…

…

…

…

…

…

…

2

56749991;1

The parties stipulated to a voluntarily dismissal of this appeal on January 29, 2021. On February 3, 2021, the United States Court of Appeals for the Ninth Circuit issued a mandate dismissing the appeal [ECF Nos. 107, 109], closing this case. As this matter is now concluded, the court will refund to Akerman LLP, on behalf of Deutsche Bank, the $500.00 security bond, plus any accrued interest.

**IT IS SO ORDERED.**

Dated this  5  day of April, 2021.

Gloria M. Navarro, District Judge
United States District Court

*Submitted by:*

**AKERMAN LLP**

*/s/ Melanie D. Morgan*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Deutsche Bank National Trust Company, as Trustee, on behalf of the Certificate Holders of Harborview Mortgage Loan Trust Series 2006-5, Mortgage Pass- Through Certificate 2006*

56749991;1